UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-20262-CIV-HUCK/WHITE

DAVID GALLAGHER,

    Plaintiff,

v.

MELINDA MIEL, et al.,

    Defendants.
_____/

CLOSED CIVIL CASE

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon Plaintiff's *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 (D.E. # 2), filed January 27, 2010. On February 3, 2010, the Honorable Patrick A. White, United States Magistrate Judge, issued a Report and Recommendation (D.E. # 6) recommending that Plaintiff's claims be dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted, because the complaint does not adequately allege that the defendant acted under color of state law. The time for filing objections to Judge White's report has passed and no objections have been filed.

The Court has independently reviewed the Report and Recommendation and the pertinent portions of the record. Being otherwise duly advised, the Court adopts the findings of fact and conclusions of law in the report. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Report and Recommendation is adopted. Plaintiff's claims are DISMISSED pursuant to 28 U.S.C. §1915(e)(2)(B)(ii), for failure to state a claim upon

which relief may be granted. The Clerk is directed to close this case and deny any pending motions as moot.

DONE AND ORDERED in chambers, Miami, Florida, February 26, 2010.

Paul C. Huck
United States District Judge

**Copies furnished to:**
Magistrate Judge Patrick White

Daniel J. Gallagher, *pro se*
DC #382573
Dade Correctional Institution
19000 S.W. 377 Street
Florida City, FL 33034-6499